David K. Bowles (State Bar No. 210986)
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: david@bojo.law

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VIKRAM KURIYAN<br><br>Plaintiff,<br><br>v.<br><br>JOEL SCHREIBER and WATERBRIDGE CAPITAL, LLC,<br><br>Defendants. | Case No. 1:23-cv-2381<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER** |

Plaintiff Vikram Kuriyan ("Kuriyan" or "Plaintiff") and defendants Joel Schreiber ("Schreiber") and Waterbridge Capital, LLC ("Waterbridge") (together "Defendants"), hereby stipulate as follows:

1. Plaintiffs have served Defendant with process via personal delivery of the summons and complaint to each of Defendants.

2. On May 16, 2023, Schreiber called counsel for Plaintiff, David Bowles ("Bowles"), and requested an extension of time to answer so that Defendants could obtain legal counsel.

3. The parties agreed that the time for Defendants to answer the complaint would be extended to June 15, 2023, and that both Defendants will answer or otherwise respond to the Complaint by that date, subject to the approval of the Court.

4. Plaintiffs have informed Defendants of the June 13, 2023 Court conference in this matter, and have served a copy of the Court's March 27, 2023 Notice of Initial Pretrial Conference upon Defendants.

Dated: May 19, 2023

IT IS HEREBY ORDERED that Defendants shall respond to the Complaint no later than **June 15, 2023.**

Dated:  May 19, 2023
        New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

JOEL SCHREIBER

_____
*Personally*

WATERBRIDGE CAPITAL, LLC

_____
By Joel Schreiber

BOWLES & JOHNSON PLLC

_____
David K. Bowles
14 Wall Street, 20th Floor
New York, New York 10005
T: (212) 390-8842
F: (866) 844-8305
E: David@BoJo.Law
*Counsel to Plaintiff*

2

David K. Bowles (State Bar No. 210986)
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: david@bojo.law

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VIKRAM KURIYAN<br><br>Plaintiff,<br><br>v.<br><br>JOEL SCHREIBER and WATERBRIDGE CAPITAL, LLC,<br><br>Defendants. | Case No. 1:23-cv-2381<br><br>**[PROPOSED] ORDER** |

The Court has reviewed and considered the Stipulation to Extend Time to Answer, allowing Defendants Joel Schreiber and Waterbridge Capital, LLC, until June 15, 2023 to answer or otherwise respond to the complaint in this matter.

NOW, THEREFORE, for good cause shown, the Court hereby APPROVES the stipulation in its entirety.

**IT IS SO ORDERED.**

Dated: _____      _____

　　　　　　　　　　　　　　　　　　　The Honorable Jennifer L. Rochon
　　　　　　　　　　　　　　　　　　　United States District Judge