Joel Schreiber
1818 51st Street
Brooklyn, NY 11204
P 212-696-2400

June 8, 2023

The Hon. Jennifer L. Rochon United States District Judge

Southern District of New York

500 Pearl Street, Room 1920

New York, NY 10007

**Re: Kuriyan v. Schreiber et al. Case No. 1:23-cv-02381 (JLR) Letter for Extension Request**

To the Honorable Court:

My son is getting married this month. I respectfully ask for a 45-day extension in order to retain counsel to represent and guide me through this process.

Thank you,

*[signature]*

Joel Schreiber