Joel Schreiber
1818 51st Street
Brooklyn, NY 11204
P 212-696-2400

June 8, 2023

The Hon. Jennifer L. Rochon United States District Judge

Southern District of New York

500 Pearl Street, Room 1920

New York, NY 10007

**Re: Kuriyan v. Schreiber et al. Case No. 1:23-cv-02381 (JLR) Letter for Extension Request**

To the Honorable Court:

My son is getting married this month. I respectfully ask for a 45-day extension in order to retain counsel to represent and guide me through this process.

Thank you,

*[signature]*

Joel Schreiber

So that *pro se* Defendant may have additional time to retain counsel, IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for June 28, 2023 is adjourned to **July 27, 2023** at 4:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse. Plaintiff's counsel shall inform Defendants of this date change, and shall update the Court no later than July 20, 2023 as to the status of the action. When defense counsel has been retained, the parties shall meet and confer in accordance with FRCP 26 and file a new proposed Case Management Plan and Scheduling Order by that date.

**SO ORDERED.**

Dated: June 12, 2023
New York, New York

*[signature: Jennifer Rochon]*
**JENNIFER L. ROCHON**
**United States District Judge**