UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIKRAM KURIYAN

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

1:23   **Civ.** 02381   ( JLR ) ( __ )

- against -

JOEL SCHREIBER and WATERBRIDGE CAPITAL, LLC

_____

_____

**NOTICE OF APPEARANCE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

    Please take notice that I, _____ Joel Schreiber _____, a defendant in

                                        *(name)*

this action, hereby appear *pro se* and that all future correspondence and papers in connection with

this action are to be directed to me at the address indicated below.

Dated:   New York _____ , NY
            *(town/city)*        *(state)*

         June _____ 12 , 20 23

Signature of Defendant

*Signature of Defendant*

 1818 51st Street
*Address*

 New York, NY 11204
*City, State & Zip Code*

 O: 212-696-2400
*Telephone Number*

_____
*Fax Number (if you have one)*

*Rev. 05/2007*                    3