**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VIKRAM KURIYAN,

                        Plaintiff,

           v.

JOEL SCHREIBER and WATERBRIDGE
CAPITAL, LLC,

                    Defendants.

Case No. 1:23-cv-2381

**[PROPOSED] CLERK'S**
**CERTIFICATE OF DEFAULT**

---

       **I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, do hereby certify that this action was commenced on

March 21, 2023, with the filing of a summons and complaint.  An amended summons was

issued on April 18, 2023, and on May 8, 2023 a copy of the amended summons and

complaint was served on defendant Waterbridge Capital LLC by delivery to the office of

the Secretary of State of New York in the City of Albany.  Service was therefore complete

on May 8, 2023 and an affidavit of service of summons and complaint was therefore filed

on May 19, 2023, Doc. # 10.  Waterbridge Capital LLC's answer to the complaint was

originally due May 30 ,2023.  On May 19, 2023, Doc. #13, the parties filed a stipulation

granting all defendants until June 15, 2023 to answer or otherwise respond to the

complaint.  The Court so ordered the stipulation that same day.  No further stipulation of

the parties or order of the Court has extended the time for defendant Waterbridge Capital

LLC to answer or otherwise respond to the complaint beyond June 15, 2023.  I further

certify that the docket entries indicate that defendant Waterbridge Capital LLC has not

filed an answer or otherwise moved with respect to the complaint herein by counsel

licensed before this Court.  The default of defendant Waterbridge Capital LLC is hereby noted.

Dated: New York, New York

      June  21     , 2023

RUBY J. KRAJICK

By: _____

       Deputy Clerk