EX. "A"

# Eliad S. Shapiro

| | |
|---|---|
| **From:** | David Bowles <david@bojo.law> |
| **Sent:** | Monday, June 26, 2023 5:56 PM |
| **To:** | Eliad S. Shapiro |
| **Cc:** | Maggie Johnson |
| **Subject:** | Re: Kuriyan v. Schreiber et al. - SDNY Case No. 23-cv-2381 |

Eliad,

Please let me know when you've appeared in the case and who you're representing. Happy to discuss tomorrow. You can reach me at my direct line at 212-390-8842. Sorry to miss your call earlier today. I don't think I got any messages.

--- David


David K. **Bowles** | **BOWLES & JOHNSON**
**T:** 212-390-8842 | **F:** 866-844-8305 | **David@BoJo.Law**
14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**



On Jun 26, 2023, at 4:40 PM, Eliad S. Shapiro <eshapiro@MOSESSINGER.COM> wrote:

David,

My firm is incoming counsel to the Defendants in the above-referenced matter. I tried you at your office line earlier today and again a few moments ago. Given the current posture of the case, please give me a call on my cell ASAP.

(347) ▨▨▨▨.

Thanks,

**Eliad S. Shapiro | Partner**
**MOSES SINGER**
The Chrysler Building, 405 Lexington Avenue
New York, New York 10174
t: (212) 554-7566 | eshapiro@MOSESSINGER.COM
www.mosessinger.com

Visit our award-winning website

_____
This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not print, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy