

August 4, 2023

**By ECF / PACER**

The Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    **Re:**    <u>Kuriyan v. Schreiber *et al.*</u> **Case No. 1:23-cv-02381 (JLR)**
              **Amendment as of Right under Rule 15**

Judge Rochon:

I represent the plaintiff Vikram Kuriyan ("Plaintiff") in the above-captioned matter.  I write to inform the Court that Plaintiff will be amending complaint under Federal Rule of Civil Procedure 15.

Defendants in this matter moved to dismiss the complaint on July 26, 2023.  Dkt. 33.  The notice of motion provided for a return date of August 22, 2023, and required opposing papers be served by August 9, 2023.  <u>Id.</u>

Having reviewed Defendants' motion to dismiss, Plaintiff has chosen to amend his complaint pursuant to Rule 15.  This rule allows amendment as of right within 21 days after service of a Rule 12 motion.  Accordingly, Plaintiff will amend the complaint by August 17, 2023, rather than opposing Defendants' motion.

We thank the Court for its attention to these matters.

                                                  Yours very truly,

                                                  David K. Bowles
                                                  Bowles & Johnson PLLC