UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIKRAM KURIYAN,<br><br>                        Plaintiff,<br><br>      -against-<br><br>JOEL SCHREIBER and WATERBRIDGE CAPITAL, LLC<br><br>                        Defendants. | Case No. 23-cv-2381 (JLR) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff VIKRAM KURIYAN ("Plaintiff") and Defendants JOEL SCHREIBER and WATERBRIDGE CAPITAL LLC ("Defendants"), that Defendants' time to answer, move, or otherwise respond to the First Amended Complaint in the above-captioned action (ECF No. 38) is hereby extended to October 27, 2023.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that facsimile or electronic signatures by counsel shall be deemed to be original signatures for the purposes of filing the same with the court, if necessary.

Dated:  New York, New York
          August 31, 2023

**[SIGNATURES ON NEXT PAGE]**

| | |
|---|---|
| **BOWLES & JOHNSON PLLC** | **MOSES & SINGER LLP** |
| By: _____ | By: _____ |
| David K. Bowles, Esq. | Eliad S. Shapiro, Esq. |
| 14 Wall Street, 20th Fl. | 405 Lexington Avenue |
| New York, New York 10005 | New York, New York 10174 |
| david@bojo.law | eshapiro@mosessinger.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED.

Dated: September 1, 2023
       New York, New York

_____
JENNIFER L. ROCHON
United States District Judge