UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIKRAM KURIYAN, <br><br> Plaintiff, <br><br> -against- <br><br> JOEL SCHREIBER and WATERBRIDGE CAPITAL, LLC <br><br> Defendants. | Case No. 23-cv-2381 (JLR) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff VIKRAM KURIYAN ("Plaintiff") and Defendants JOEL SCHREIBER and WATERBRIDGE CAPITAL LLC ("Defendants"), that Defendants' time to answer, move, or otherwise respond to the First Amended Complaint in the above-captioned action (ECF No. 38) is hereby extended to November 13, 2023.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that facsimile or electronic signatures by counsel shall be deemed to be original signatures for the purposes of filing the same with the court, if necessary.

Dated:  New York, New York
            October 17, 2023

**[SIGNATURES ON NEXT PAGE]**

**BOWLES & JOHNSON PLLC**

By: _____
    David K. Bowles, Esq.
14 Wall Street, 20th Fl.
New York, New York 10005
david@bojo.law
*Attorneys for Plaintiff*

**MOSES & SINGER LLP**

By: _____
    Eliad S. Shapiro, Esq.
405 Lexington Avenue
New York, New York 10174
eshapiro@mosessinger.com
*Attorneys for Defendants*

**SO ORDERED**

_____